CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 0 2 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | |
|---|---|
| BENJAMIN H. JONES, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 7:06-cv-00074 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| DONNIE LOWE, ) | By: Hon. James C. Turk |
| ) | Senior United States District Judge |
| Defendants. ) | |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff is hereby **DENIED** the opportunity to proceed in forma pauperis, and the action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915(g); his requests for subpoenas duces tecum are hereby **DENIED**; and this action is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order to and to counsel of record for the defendants, if known.

ENTER: This _1st_ day of February, 2006.

/s/ James C. Turk
Senior United States District Judge